UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZ GERALD TOUSSAINT,<br><br>                              Plaintiff,<br><br>v.<br><br>JIMENEZ, et al.,<br><br>                              Defendants. | Case No.: 23-CV-506 JLS (KSC)<br><br>**ORDER ORDERING PLAINTIFF TO PAY FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF No. 1) |

Presently before the Court is Plaintiff Fritz Gerald Toussaint's Complaint ("Compl.," ECF No. 1).

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $402.[1] *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if she is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Although the statute does

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $52. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)). The additional $52 administrative fee does not apply to persons granted leave to proceed *in forma pauperis*. *Id.*

not specify the qualifications for proceeding IFP, the plaintiff's affidavit must allege poverty with some particularity. *Escobeda v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). Granting a plaintiff leave to proceed IFP may be proper, for example, when the affidavit demonstrates that paying court costs will result in a plaintiff's inability to afford the "necessities of life." *Id.* The affidavit, however, need not demonstrate that the plaintiff is destitute. *Id.*

Here, Plaintiff has yet to pay the filing fee pursuant to 28 U.S.C. § 1914(a), nor has Plaintiff applied to proceed IFP.

Consequently, **the Court ORDERS Plaintiff to either pay the filing fee or move to proceed IFP within 30 days of the issuance of this Order.** The materials needed to proceed IFP can be found at https://www.casd.uscourts.gov/forms.aspx?list=all under the heading "Pro Se Complaint." **Failure to either pay the filing fee or to move for IFP status within the 30-day deadline will result in the dismissal of Plaintiff's Complaint.**

IT IS SO ORDERED.

Dated: June 5, 2023

Hon. Janis L. Sammartino
United States District Judge